**MADUEGBUNA COOPER LLP**
ATTORNEYS AT LAW
110 WALL STREET, 11th FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
WWW.MCandE.COM

SAM O. MADUEGBUNA  
    PARTNER  
Direct Dial: (212) 232-0102

DIRECT FACSIMILE  
(212) 232-0156  
sam.m@mcande.com

September 18, 2009

**VIA ECF**

Honorable Frederic Block,
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **Drake v. Laboratory Corporation of America Holdings, et. al.**
           **Docket No.: 02 cv 1924 (FB) (RML)**

Dear Judge Block:

    This firm and the undersigned continue to represent the plaintiff, Richard Drake in connection with the above-referenced matter.

    We write to advise the court that Plaintiff has today filed a motion for reconsideration of the Court's decision and order dated September 3, 2009. Pursuant to your Individual Rules the motion will be submitted as soon as it is fully briefed.

    We thank the court for its kind consideration of this matter.

                                                           Respectfully,

                                                           ***/s/ Sam O. Maduegbuna***

                                                            Samuel O. Maduegbuna

SOM/er
cc: All Counsel of Record
    *(Via Electronic and Regular First Class Mail)*